188 P.3d 831

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Offerman .................................. 27923    07/17/2008    Affirmed
Blaisdell v. Department of Public Safety ............. 28736    07/18/2008    Vacated, remanded & affirmed
Flowers v. United Services Auto. Ass'n............... 27057, 27128, 27229    07/30/2008    Vacated & remanded